United States Courts
Southern District of Texas
FILED

JUN 02 2026

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

TIMOTHY AGUILAR
*Plaintiff*

v. Case No. 4:26-cv-2719

TRUSTAGE INSURANCE AGENCY, LLC, ET AL
*Defendants*

**PLAINTIFF'S NOTICE OF SETTLEMENT**

TO THE HONORABLE U.S. DISTRICT COURT JUDGE OF SAID COURT:

NOW COMES INTO COURT, in pro se, Timothy Aguilar and files this, his Notice of Settlement in the above captioned and listed matter and states that a settlement has been reached between the parties and a Notice of Dismissal will be filed in this matter within the next thirty (30) days.

Respectfully submitted,

Timothy Aguilar
Pro Se
2807 Randolph Road
Pasadena, Texas 77503
832-689-7311

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Plaintiff's Notice of Settlement was forwarded to all parties of record in this case via the following method this 28th day of May 2026 via email.

__________ ECF Filing

__________ Fax Number –

__________ Hand Delivery

__________ Certified Mail Return Receipt Request No. –

____✓____ U.S. Mail – First Class

____✓____ Electronic Delivery via e-File: john.moore@faegredrinker.com

________________________

Timothy Aguilar

May 28, 2026

United States District Court
Clerk
PO Box 61010
Houston, Texas 77208

Re: *Timothy Aguilar v. TruStage Insurance Agency LLC, et al*, Case 26-cv-2719, United States District Court, Southern District – Houston Division

Dear Clerk:

Please find enclosed and to be filed to the Court's Docket in the above listed case the following:

(1) Plaintiff's Notice of Settlement

Thank you for your service in this matter.

Tim Aguilar
proselitigationtx@gmail.com
832-689-7311

Cc: file